EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: | 2008 TSPR 69 |
| Luz E. Méndez Rivera | 173 DPR ____ |

Número del Caso: TS-13040

Fecha: 2 de mayo de 2008

Abogada de la Parte Peticionaria:

Por Derecho Propio

Colegio de Abogados de Puerto Rico:

Lcdo. José M. Montalvo Trías
Director Ejecutivo

Materia: Baja voluntaria del ejercicio de la abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Luz E. Méndez Rivera                    TS-13040


RESOLUCIÓN

San Juan, Puerto Rico, a 2 de mayo de 2008.

Examinada la *Moción* presentada por la Lcda. Luz E. Méndez Rivera, solicitando su renuncia voluntaria al ejercicio de la abogacía, así como la *Moción en Contestación a Resolución* presentada el 14 de febrero de 2008 por el Colegio de Abogados de Puerto Rico, se autoriza a la licenciada Méndez Rivera, a darse de baja voluntariamente de esa Institución.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo